**STATE of Missouri, Respondent,**

v.

**Robert L. WASHINGTON,**
**Jr., Appellant.**

**WD 76599**

Missouri Court of Appeals,
Western District.

ORDER FILED: May 5, 2015

Chris Roster, Attorney General, Dora A. Fichter, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Damien de Loyola, Assistant Appellate Defender, Kansas City, MO, Attorney for Appellant.

Before Division One: James Edward Welsh, Presiding Judge, and Thomas H. Newton and Karen King Mitchell, Judges

### Order

Per Curiam:

Robert Washington appeals his conviction for first-degree murder. Washington's sole claim of error, challenging a statement made by the prosecutor during closing argument, is not preserved due to Washington's failure to object when the challenged statement was made at trial. Nevertheless, Washington contends that the trial court plainly erred in allowing the prosecutor to make an acquittal-first argument in violation of Washington's Fifth, Sixth, and Fourteenth Amendment rights. Because we find no manifest injustice or miscarriage of justice, we affirm the judgment of the trial court. Rule 30.25(b).